UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **INTEX RECREATION CORP.,**<br><br>  **Plaintiff,**<br><br>  **v.**<br><br>**METALAST, S.A.U.,**<br><br>  **Defendant.** | Civil Action No.  01-1213 (JDB) |

### ORDER

Pursuant to the status conference held on January 30, 2004, it is hereby ORDERED that:

1. Fact discovery shall be completed by May 31, 2004;

2. Expert reports from the party bearing the burden of proof on the issue shall be due by not later than June 30, 2004;

3. Rebuttal expert reports shall be due by not later than July 30, 2004;

4. Expert discovery shall be completed by not later than August 30, 2004;

5. A status conference by telephone conference call is scheduled for September 2, 2004, at 2:00 p.m.  The parties shall initiate the call;

6. Dispositive motions, if any, shall be filed by not later than September 30, 2004. Pursuant to LCvR 7(b) and (d), any oppositions shall be filed by not later than October 12, 2004 and replies, if any, shall be filed by not later than October 18, 2004;

7. Pre-trial statements shall be filed by not later than December 29, 2004.  The pre-trial conference is scheduled for January 7, 2005 at 9:00 a.m.; and

8. Trial, estimated to last for four days, shall commence on January 18, 2005.

/s/
JOHN D. BATES
United States District Judge

Dated:     February 2, 2004


Copies to:

William Charles Casano
Greenstein, Delorme & Luchs, P.C.
1620 L Street, Northwest
Suite 900
Washington, D. C.  20036
202-452-1400 (telephone)
202-452-1410 (fax)

David N. Makous
Thomas S. Kidde
Daniel C. Decarlo
Lewis Brisbois Bisgaard & Smith LLP
221 North Figueroa Street
Suite 1200
Los Angeles, California 90012-2601
    *Counsel for Plaintiff/Counter-defendant*

John E. Curtin
12629 Lake Normandy Lane
Fairfax, Virginia 22030
703-266-9543 (telephone)
703-790-2623 (fax)

Martin G. Raskin
Joshua L. Raskin
Steinberg & Raskin, PC
1140 Avenue of the Americas
New York, New York 10036
212-768-3800 (telephone)
212-382-2124 (fax)
  *Counsel for Defendant/Counter-claimant*